# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | | |
|---|---|---|
| STATE OF OKLAHOMA EX REL. SCOTT PRUITT, in his official capacity as Attorney General of Oklahoma | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. CIV-11-605-F |
| LISA P. JACKSON, ADMINISTRATOR, in her official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) | |
| Defendant(s). | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lisa P. Jackson, Administrator Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney General E. Scott Pruitt
Oklahoma Office of the Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SUMMONS ISSUED:*

**10:40 am, May 31, 2011**

*ROBERT D. DENNIS, Clerk*

By: _Kathy Rose_
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*